691 A.2d 458

**CROWN COMMUNICATIONS, Petitioner,**

**v.**

**ZONING HEARING BOARD OF THE BOROUGH OF GLENFIELD and John A. Straka, Respondent.**

Supreme Court of Pennsylvania.

April 16, 1997.

William R. Sittig, Pittsburgh, for Petitioner.

## ORDER

**AND NOW**, this 16th day of April, 1997, we **GRANT** this Petition for Allowance of Appeal, limited to the issue of what test should be applied to determine whether a business entity is a public utility for zoning purposes where the zoning ordinance does not define the term public utility.